No. 86–6401.   SKURDAL *v.* CITY OF BILLINGS, MONTANA. Sup. Ct. Mont.   Certiorari denied.

No. 86–6406.   BERRY *v.* MOORE, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS.   C. A. 8th Cir.   Certiorari denied.

No. 86–6408.   HOLLEY *v.* SMITH, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–6410.   REARDON ET AL. *v.* LOPES, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 86–6416.   GONZALEZ *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 86–6417.   LAY *v.* HORAN, COMMONWEALTH ATTORNEY. C. A. 4th Cir.   Certiorari denied.

No. 86–6420.   CONWAY *v.* MUNCY, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 86–6423.   BONDS *v.* WILLIS, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 86–6424.   REED *v.* MORTON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–6426.   ROCHON *v.* CONSOLIDATED CONSTRUCTION CO. ET AL.   Ct. App. La., 3d Cir.   Certiorari denied.

No. 86–6428.   MRAOVIC *v.* LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–6429.   McCONE *v.* DISTRICT COURT OF ALBANY COUNTY ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 86–6434.   FRANKLIN *v.* WHITE, SUPERINTENDENT, ALGOA CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.